UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| DigiBit LLC,<br>a Michigan limited liability company,<br>    Plaintiff,<br>v.<br><br>Arkade, Inc.,<br>a Delaware corporation<br>    Defendant. | Civil Action No.<br>3:20-cv-13353-RHC-KGA<br>Hon. Robert H. Cleland |

---

### STIPULATED ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendant is currently represented by Nicholas J. Ellis, Foley & Lardner LLP.

The undersigned hereby stipulate and agree that the time for Defendant to answer, move, or otherwise respond to Plaintiff, DigiBit LLC's Complaint in the above-captioned action is hereby extended to and including March 16, 2021.

This matter having come before the Court upon the Stipulation of the parties,

IT IS HEREBY ORDERED THAT Defendant Arkade, Inc. shall have until March 16, 2021 to answer, move, or otherwise respond to Plaintiff DigiBit's Complaint. Nothing in this Order shall be construed to prejudice any claim, defense, or argument of either party.

SO ORDERED

Date: February 16, 2021               s/Robert H. Cleland
                                      Honorable Robert H. Cleland
                                      United States District Judge

Stipulated to by:

By: s/David J Simonelli                By: /s/ Nicholas J. Ellis
David J. Simonelli (P47221)            Nicholas J. Ellis (P73174)
**Simonelli IP, PLLC**                 **Foley & Lardner LLP**
PO Box 935                             500 Woodward Avenue, Suite 2700
Birmingham, MI 48012-0935              Detroit, MI 48226-3489
Telephone:  248-252-7435               Telephone:  313-234-7168
david@simonelliip.com                  nellis@foley.com

Joseph G. Burgess (P41621)             ***Attorneys for Defendant***
Burgess Law Office, PLLC
PO Box 214320
Auburn Hills, MI 48321-4320
Telephone:  248-364-0200
jburgess@burgessiplaw.com

***Attorneys for Plaintiff***